**Motion Granted and Order filed June 11, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00320-CV**

**IN RE MICHAELS STORES, INC. D/BA MICHAELS ART & CRAFTS #2719, Relator**

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
157th District Court
Harris County, Texas
Trial Court Cause No. 2019-23106**

## ORDER

On June 11, 2021, relator In re Michaels Stores, Inc. d/b/a Michaels Art & Crafts #2719 filed a petition for writ of mandamus and an emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable

Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate her Findings and Order on Plaintiff's Motion for Sanctions dated June 8, 2021, in trial court cause number 2019-23106, styled *Vaculik v. Micahel's Stores, Inc.* Relator claims the trial court abused its discretion in granting spoliation sanctions. In its emergency motion for temporary relief, relator seeks an order staying the commencement of trial set for June 14, 2021, while the merits of relator's petition are under consideration by this Court.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore **ORDER** that the proceedings, including the commencement of trial set for June 14, 2021, of the court below be stayed in trial court cause number 2019-23106, styled *Vaculik v. Michael's Stores, Inc.* Such proceedings are stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

The Court requests a response from the real parties in interest to the petition for writ of mandamus on or before **4:00 p.m., on June 16, 2021**.

PER CURIAM

Order filed June 11, 2021.

Panel consists of Justices Wise, Jewell, and Spain. (J. Spain dissents to the granting of the stay.).